**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronnie Earl KNOX, Defendant–
Appellant.**

**No. 12–7523.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Ronnie Earl Knox, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Earl Knox appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Knox,* No. 3:03–cr–00220–FDW–4 (W.D.N.C. July 16, 2012, Aug. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*